# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Rebecca Y. Castro**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00213-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin**,** | ) | |
| | ) | |
| Defendants. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2015 Order.

                                            October 1, 2015

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court